## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TECH 7 SYSTEMS, INC.,** | ) | No. |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CORPORATE DISCLOSURE** |
| | ) | |
| **VACATION ACQUISITION, LLC,** | ) | |
| **d/b/a Vacation Express** | ) | |
| | ) | |
| **Defendant.** | ) | |

*Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:*

I, the undersigned, counsel of record for Tech 7 Systems, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Tech 7 Systems, Inc. which have any outstanding securities in the hands of the public.

NONE

March 13, 2008

Respectfully submitted,

SCHERTLER & ONORATO, LLP

David H. Dickieson
D.C. Bar #321778
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177

*Counsel for Tech 7 Systems, Inc.*