**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **TECH 7 SYSTEMS, INC.,**<br> 840 Courtland Avenue<br> Park Ridge, IL 60068 | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **Civil Case No. 08-0436** |
| | ) | |
| **VACATION ACQUISITION, LLC, d/b/a**<br>**VACATION EXPRESS**<br> 301 Perimeter Center North, Suite 500<br> Atlanta, GA 30346<br> **Resident Agent:**<br> Corporate Service Company<br> 2711 Centerville Road, Suite 400<br> Wilmington, DE 19808 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| | ) | |
| Defendant. | ) | |

## CORPORATE DISCLOSURE

*Certificate required by LCvR7.1 of the Local Rules of the United States District Court for the District of Columbia:*

   I, the undersigned, counsel of record for Vacation Acquisition, LLC, d/b/a Vacation Express, certify to that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Vacation Acquisition, LLC, d/b/a Vacation Express, which have outstanding securities in the hands of the public.

NONE

These representations are made in order that the judges of this court may determine the need for recusal.

Attorney of record for Vacation Acquisition, LLC, d/b/a Vacation Express.

-2-

Dated: March 19, 2008                            Respectfully submitted,

                                                 **CURTIS, MALLET-PREVOST,
                                                 COLT & MOSLE LLP**


                                                 _____/s/_____
                                                 Samuel Rosenthal
                                                 D.C. Bar # 329516
                                                 1200 New Hampshire Avenue, N.W.
                                                 Suite 430
                                                 Washington, D.C. 20036
                                                 Tel:  (202) 452-7373
                                                 Fax:  (202) 452-7333

-2-

4428447v1

-3-

## CERTIFICATE OF SERVICE

A copy of the foregoing Corporate Disclosure has been provided by email and the

CM/ECF system to David H. Dickieson, Esq., ddickieson@schertlerlaw.com on March 19, 2008.


March 19, 2008                                         /s/
New York, NY                          _____
                                      Gary L. Cutler
                                      Curtis, Mallet-Prevost, Colt
                                       & Mosle LLP
                                      101 Park Avenue
                                      New York, NY  10178
                                      Tel:  (212) 696-6000
                                      Fax:  (212) 697-1559
                                      Email:  gcutler@curtis.com

4428447v1