## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

TECH 7 SYSTEMS, INC.,                                )
  840 Courtland Avenue                          )
  Park Ridge, IL 60068                          )
                                                     )
                       Plaintiff,          )
                                                     )
             vs.                                )    **Civil Case No.  08-0436**
                                                     )

**VACATION ACQUISITION, LLC, d/b/a**              )
**VACATION EXPRESS**                                 )
  301 Perimeter Center North, Suite 500         )
  Atlanta, GA 30346                             )
**Resident Agent:**                                  )
  Corporate Service Company                     )
  2711 Centerville Road, Suite 400              )
  Wilmington, DE 19808                          )
                                                     )
                       Defendant.          )

## MOTION FOR ADMISSION OF GARY L. CUTLER PRO HAC VICE

COMES NOW SAMUEL ROSENTHAL, the undersigned attorney-at law, who is duly admitted to practice before the Bar of the District of Columbia, and respectfully moves this Court on behalf of Gary L. Cutler, Esq., an attorney-at-law who is not a member of the bar of this District, but who wishes to appear in this case pro hac vice on behalf of the defendant, for an Order admitting Mr. Cutler pro hac vice.

Submitted in support of this motion is the Declaration of Gary L. Cutler In Support of The Motion For His Admission Pro Hac Vice and a proposed Order.

-2-

Dated:  April 28, 2008

CURTIS, MALLET-PREVOST, COLT
& MOSLE LLP


_____/s/_____
Samuel Rosenthal
D.C. Bar #329516
1200 New Hampshire Avenue, N.W.
Suite 430
Washington, D.C. 20036
Tel:  (202) 452-7373
Fax:  (202) 452-7333

cc:

David H. Dickieson, Esq.
Schertler & Onorato, LLP
601 Pennsylvania Avenue, N.W.
North Building, 9th Floor
Washington, D.C.  20004
Tel.:  (202) 628-4199
Fax:  (202) 628-4177
Email:  ddickieson@schertlerlaw.com

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **TECH 7 SYSTEMS, INC.,**<br>  840 Courtland Avenue<br>  Park Ridge, IL 60068<br><br>                                   Plaintiff,<br><br>                    vs.<br><br>**VACATION ACQUISITION, LLC, d/b/a**<br>**VACATION EXPRESS**<br>  301 Perimeter Center North, Suite 500<br>  Atlanta, GA 30346<br>**Resident Agent:**<br>  Corporate Service Company<br>  2711 Centerville Road, Suite 400<br>  Wilmington, DE 19808<br><br>                                   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Civil Case No.  08-0436**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF GARY L. CUTLER IN SUPPORT OF THE MOTION FOR HIS ADMISSION PRO HAC VICE

Pursuant to 28 U.S.C. § 1746, I, Gary L. Cutler, declare under the penalty of perjury:

1.  I submit this declaration in support of the motion for my admission <u>pro hac vice</u> to practice before this Court.

2.  My full name is Gary Leo Cutler.

3.  My office address and phone number are:

> Curtis, Mallet-Prevost, Colt & Mosle LLP
> 101 Park Avenue
> New York, NY  10178
> Telephone number:  (212) 696-6069.

4.  I am a member in good standing of the Bars of the Southern District of New York, Eastern District of New York, and District of New Jersey.

5.  I have not been disciplined by any bar.

6.  I have not been admitted pro hac vice in this Court in the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 28, 2008

**CURTIS, MALLET-PREVOST, COLT
& MOSLE LLP**

_____/s/_____
Gary L. Cutler
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178
Tel. No.:   (212) 696-6069
Fax:  (212) 697-1559
Email:  gcutler@curtis.com

cc:

David H. Dickieson, Esq.
Schertler & Onorato, LLP
601 Pennsylvania Avenue, N.W.
North Building, 9th Floor
Washington, D.C.  20004
Tel.:  (202) 628-4199
Fax:  (202) 628-4177
Email:  ddickieson@schertlerlaw.com

-5-

## <u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing Motion for Admission Pro Hac Vice, accompany

Declaration of Gary L. Cutler In Support of The Motion For His Admission Pro Hac Vice and

proposed Order has been provided by email and by the CM/ECF system to David H. Dickieson,

Esq., ddickieson@schertlerlaw.com on April 28, 2008.


April 28, 2008                                          _____/s/_____
New York, NY                                            Gary L. Cutler
                                                        Curtis, Mallet-Prevost, Colt
                                                         & Mosle LLP
                                                        101 Park Avenue
                                                        New York, NY  10178
                                                        Tel:  (212) 696-6000
                                                        Fax:  (212) 697-1559
                                                        Email:  gcutler@curtis.com

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TECH 7 SYSTEMS, INC.,**<br>840 Courtland Avenue<br>Park Ridge, IL 60068<br><br>Plaintiff,<br><br>vs.<br><br>**VACATION ACQUISITION, LLC, d/b/a**<br>**VACATION EXPRESS**<br>301 Perimeter Center North, Suite 500<br>Atlanta, GA 30346<br>**Resident Agent:**<br>Corporate Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) **Civil Case No. 08-0436**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter having come before the Court upon the Motion of Samuel Rosenthal, Esq. for an Order for the Admission of Gary L. Cutler Pro Hac Vice to represent defendant and the accompanying Declaration of Gary L. Cutler In Support of the Motion for His Admission Pro Hac Vice, and

For good cause shown, Gary L. Cutler is admitted pro hac vice.

**SO ORDERED**

_____
JOHN D. BATE
United States District Judge