UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **TECH 7 SYSTEMS, INC.**, <br> 840 Courtland Avenue <br> Park Ridge, IL 60068 <br><br> Plaintiff, <br><br> vs. <br><br> **VACATION ACQUISITION, LLC, d/b/a** <br> **VACATION EXPRESS** <br> 301 Perimeter Center North, Suite 500 <br> Atlanta, GA 30346 <br> **Resident Agent:** <br> Corporate Service Company <br> 2711 Centerville Road, Suite 400 <br> Wilmington, DE 19808 <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Case No. 08-0436 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR ADMISSION OF PRIYA SWAMINATHAN PRO HAC VICE

COMES NOW SAMUEL ROSENTHAL, the undersigned attorney-at law, who is duly admitted to practice before the Bar of the District of Columbia, and respectfully moves this Court on behalf of Priya Swaminathan, Esq., an attorney-at-law who is not a member of the bar of this District, but who wishes to appear in this case pro hac vice on behalf of the defendant, for an Order admitting Ms. Swaminathan pro hac vice.

Submitted in support of this motion is the Declaration of Priya Swaminathan In Support of The Motion For Her Admission Pro Hac Vice and a proposed Order.

-2-

Dated: April 28, 2008

                                                **CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**

                                                        /s/
                                             Samuel Rosenthal
                                             D.C. Bar #329516
                                             1200 New Hampshire Avenue, N.W.
                                             Suite 430
                                             Washington, D.C. 20036
                                             Tel: (202) 452-7373
                                             Fax: (202) 452-7333

cc:

David H. Dickieson, Esq.
Schertler & Onorato, LLP
601 Pennsylvania Avenue, N.W.
North Building, 9th Floor
Washington, D.C. 20004
Tel.: (202) 628-4199
Fax: (202) 628-4177
Email: ddickieson@schertlerlaw.com

4560014v1

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| TECH 7 SYSTEMS, INC.,<br>840 Courtland Avenue<br>Park Ridge, IL 60068<br><br>      Plaintiff,<br><br>vs.<br><br>**VACATION ACQUISITION, LLC, d/b/a**<br>**VACATION EXPRESS**<br>301 Perimeter Center North, Suite 500<br>Atlanta, GA 30346<br>**Resident Agent:**<br>Corporate Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Case No. 08-0436<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF PRIYA SWAMINATHAN IN SUPPORT OF THE MOTION FOR**
**HER ADMISSION PRO HAC VICE**

Pursuant to 28 U.S.C. § 1746, I, Priya Swaminathan, declare under the penalty of perjury:

1. I submit this declaration in support of the motion for my admission pro hac vice to practice before this Court.

2. My full name is Priya Swaminathan

3. My office address and phone number are:

   Curtis, Mallet-Prevost, Colt & Mosle LLP
   101 Park Avenue
   New York, NY 10178
   Telephone number: (212) 696-8873.

4. I am a member in good standing of the Bar of the State of New York

5. I have not been disciplined by any bar.

4560014v1

6. I have not been admitted pro hac vice in this Court in the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 28, 2008

                                **CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**

                                /s/
                              Priya Swaminathan
                              Curtis, Mallet-Prevost, Colt & Mosle LLP
                              101 Park Avenue
                              New York, NY 10178
                              Tel. No.: (212) 696-8873
                              Fax: (917) 368-8873
                              Email: pswaminathan@curtis.com

cc:

David H. Dickieson, Esq.
Schertler & Onorato, LLP
601 Pennsylvania Avenue, N.W.
North Building, 9th Floor
Washington, D.C. 20004
Tel.: (202) 628-4199
Fax: (202) 628-4177
Email: ddickieson@schertlerlaw.com

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion for Admission Pro Hac Vice, accompany Declaration of Priya Swaminathan In Support of The Motion For Her Admission Pro Hac Vice and proposed Order has been provided by email and by the CM/ECF system to David H. Dickieson, Esq., ddickieson@schertlerlaw.com on April 28, 2008.

April 28, 2008  
New York, NY

/s/  
Priya Swaminathan  
Curtis, Mallet-Prevost, Colt  
 & Mosle LLP  
101 Park Avenue  
New York, NY  10178  
Tel:  (212) 696-8873  
Fax:  (917) 368-8873  
Email:  pswaminathan@curtis.com

4560014v1

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **TECH 7 SYSTEMS, INC.,**<br>840 Courtland Avenue<br>Park Ridge, IL 60068<br><br>      Plaintiff,<br><br> vs.<br><br>**VACATION ACQUISITION, LLC, d/b/a**<br>**VACATION EXPRESS**<br>301 Perimeter Center North, Suite 500<br>Atlanta, GA 30346<br>**Resident Agent:**<br>Corporate Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No. 08-0436<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter having come before the Court upon the Motion of Samuel Rosenthal, Esq. for an Order for the Admission of Priya Swaminathan Pro Hac Vice to represent defendant and the accompanying Declaration of Priya Swaminathan In Support of the Motion for Her Admission Pro Hac Vice, and

  For good cause shown, Priya Swaminathan is admitted pro hac vice.

  **SO ORDERED**

                       _____
                       JOHN D. BATES
                       United States District Judge

4560098v1