## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**TECH 7 SYSTEMS, INC.,**

     **Plaintiff,**

       **v.**

**VACATION ACQUISITION, LLC,**
   **d/b/a Vacation Express,**

     **Defendant.**

**Civil Action No.  08-0436 (JDB)**

## INITIAL SCHEDULING ORDER

Pursuant to the conference with the Court on May 16, 2008, and the Joint Rule 16.3 Report, it is hereby **ORDERED** as follows:

1.     Required disclosures under Fed. R. Civ. P. 26(a)(1) shall be completed by May 30, 2008.

2.     Fact discovery shall be completed by August 22, 2008.  The parties shall be bound by the limits on discovery set forth in the Federal Rules of Civil Procedure.

3.     Initial expert reports shall be exchanged by August 22, 2008.  Expert rebuttal reports shall be exchanged by September 5, 2008.  Expert discovery and expert depositions shall be completed by October 10, 2008.

4.     Dispositive motions shall be filed by not later than November 14, 2008.  Any oppositions shall be filed by not later than December 5, 2008, and any replies shall be filed by not later than December 19, 2008.

5.      By not later than June 6, 2008, the parties shall submit a joint status report

regarding their proposal for structuring initial discovery into defendant's use of the

software system in dispute.  In the joint status report, the parties shall also indicate

whether a teleconference or status conference should be scheduled for further

discussions with the Court, and if so, when.


                                     _____/s/ John D. Bates_____
                                            JOHN D. BATES
                                     United States District Judge


Date:  May 16, 2008