## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **TECH 7 SYSTEMS, INC.,**<br>840 Courtland Avenue<br>Park Ridge, IL 60068 | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>)    **Civil Case No.  08-0436**<br>) |
| **VACATION ACQUISITION, LLC, d/b/a**<br>**VACATION EXPRESS**<br>301 Perimeter Center North, Suite 500<br>Atlanta, GA 30346<br>**Resident Agent:**<br>Corporate Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendant. | )<br>) |

### NOTICE OF APPEARANCE

Please take notice that Jeffrey I. Zuckerman of Curtis, Mallet-Prevost, Colt & Mosle,

LLP will appear as counsel for the defendant, Vacation Acquisition LLC, d/b/a Vacation

Express.

Dated:  May 30. 2008

Respectfully submitted,

_____/s/_____
Jeffrey I. Zuckerman
Curtis, Mallet-Prevost, Colt
  & Mosle LLP
D.C. Bar # 369120
1200 New Hampshire Avenue, N.W.
Suite 430
Washington D.C. 20036
Tel:  (202) 452-7373
Fax:  (202) 452-7333

Turner P. Smith
Gary L. Cutler
Priya Swaminathan
101 Park Avenue
New York, NY 10178
Tel:  (212) 696-6000
Fax:  (212) 697-1559
Email: tsmith@curtis.com
        gcutler@curtis.com
        pswaminathan@curtis.com

cc:
David H. Dickieson, Esq.
Schertler & Onorato LLP
601 Pennsylvania Ave, N.W.
North Building, 9th Floor
Washington D.C. 20004
Tel:  (202) 628-4199
Fax:  (202) 628-4177
Email: ddickieson@schertlerlaw.com

4674414v1

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Appearance has been provided by email and the

CM/ECF system to David H. Dickieson, Esq., ddickieson@schertlerlaw.com on May 30, 2008.

Dated:  May 30, 2008

_____/s/_____
Priya Swaminathan
Curtis, Mallet-Prevost, Colt
 & Mosle LLP
101 Park Avenue
New York, NY 10178
Tel:  (212) 696-6000
Fax:  (212) 697-1559
Email: pswaminathan@curtis.com