UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| TECH 7 SYSTEMS, INC.,<br>840 Courtland Avenue<br>Park Ridge, IL 60068<br><br>               Plaintiff,<br><br>vs.<br><br>VACATION ACQUISITION, LLC, d/b/a<br>VACATION EXPRESS<br>301 Perimeter Center North, Suite 500<br>Atlanta, GA 30346<br>**Resident Agent:**<br>Corporate Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808<br><br>               Defendant. | Civil Case No. 08-0436 |

## INITIAL DISCLOSURES

Vacation Express LLC, by its undersigned counsel, makes the following Initial Disclosures in the above cause pursuant to Rule 26(a)(1) of the Federal Rules of Civil Judicial Procedure and Rules.

1. Individuals likely to have discoverable information under Rule 26(a)(1)(A)(i):

| Name | Address | Telephone Number | Subject |
|---|---|---|---|
| Amnon Dibley | Unknown | Unknown | Founder of Tech 7 |
| Rhodha Harwood | Unknown | Unknown | Tech 7 salesperson who had contact with Vacation Express during the 1998-99 to 2002-03 time period |
| Lyle Hobbs | Unknown | Unknown | Inadequacy of Tech 7 software |
| Darrell Barton | Unknown | Unknown | Dataplus |
| Gantt Cookson | Vacation Express LLC<br>301 Perimeter Center North, Suite 500<br>Atlanta, GA 30346 | (401) 321-7742 | Vice President of Operations of Vacation Express |

| Rob Meeks | Vacation Express LLC 301 Perimeter Center North, Suite 500 Atlanta, GA 30346 | (401) 321-7742 | Vacation Express Information Technology personnel |
|---|---|---|---|
| Marlene Robinson | Unknown | Unknown | My Travel, NALG personnel who negotiated with Tech 7 |

2. Tangible things which may be used to support claims or defenses under Rule 26(a)(1)(A)(ii): Software located at Vacation Express Offices at 301 Perimeter Center North, Suite 500, Atlanta, GA 30346. In addition, any hardcopy or electronic documents located at the Vacation Express Offices in Atlanta.

3. Damage computations under Rule 26(a)(1)(A)(iii): Damages computations are within the knowledge of plaintiffs

4. Insurance agreements under Rule 26(a)(1)(A)(iv): None

Dated: May 30, 2008

Respectfully submitted,

**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**

/s/
Jeffrey I. Zuckerman
D.C. Bar # 369120
1200 New Hampshire Avenue, N.W.
Suite 430
Washington, D.C. 20036
Tel: (202) 452-7373
Fax: (202) 452-7333

Turner P. Smith
Gary L. Cutler
Priya Swaminathan
101 Park Avenue
New York, NY 10178
Tel: (212) 696-6000
Fax: (212) 697-1559
Email: tsmith@curtis.com
gcutler@curtis.com
pswaminathan@curtis.com

-2-

4668194v1

-3-

cc:
David H. Dickieson, Esq.
Schertler & Onorato LLP
601 Pennsylvania Ave, N.W.
North Building, 9th Floor
Washington D.C. 20004
Tel: (202) 628-4199
Fax: (202) 628-4177
Email: ddickieson@schertlerlaw.com

-4-

## CERTIFICATE OF SERVICE

A copy of the foregoing Initial Disclosures has been provide by email and the CM/ECF system to David H. Dickieson, Esq., ddickieson@schertlerlaw.com on May 30, 2008.

Dated: May 30, 2008

                                                     /s/_____
Priya Swaminathan
Curtis, Mallet-Prevost, Colt
  & Mosle
101 Park Avenue
New York, NY 10178
Tel: (212) 696-6000
Fax: (212) 697-1559
Email: pswaminathan@curtis.com