UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **TECH 7 SYSTEMS, INC.,**<br>840 Courtland Avenue<br>Park Ridge, IL 60068<br><br>                      Plaintiff,<br><br>   vs.<br><br>**VACATION ACQUISITION, LLC, d/b/a**<br>**VACATION EXPRESS**<br>301 Perimeter Center North, Suite 500<br>Atlanta, GA 30346<br>**Resident Agent:**<br>Corporate Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808<br><br>                      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No. 08-0436<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL

Please take notice that Samuel Rosenthal of Curtis, Mallet-Prevost, Colt & Mosle, LLP withdraws as an attorney of record for the defendant, Vacation Acquisition LLC, d/b/a Vacation Express.

Dated: May 30, 2008

                                                      Respectfully submitted,

                                                      _____/s/_____
                                                      Samuel Rosenthal
                                                      Curtis, Mallet-Prevost, Colt
                                                         & Mosle LLP
                                                      D.C. Bar # 329516
                                                      1200 New Hampshire Avenue, N.W.
                                                      Suite 430
                                                      Washington D.C. 20036
                                                      Tel: (202) 452-7373
                                                      Fax: (202) 452-7333

-2-

cc:
David H. Dickieson, Esq.
Schertler & Onorato LLP
601 Pennsylvania Ave, N.W.
North Building, 9th Floor
Washington D.C. 20004
Tel: (202) 628-4199
Fax: (202) 628-4177
Email: ddickieson@schertlerlaw.com

4674584v1

-3-

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Withdrawal has been provided by email and the CM/ECF system to David H. Dickieson, Esq., ddickieson@schertlerlaw.com on May 30, 2008.

Dated: May 30, 2008

                                                                                                                                         /s/_____
                                                                           Priya Swaminathan
                                                                           Curtis, Mallet-Prevost, Colt
                                                                                  &amp; Mosle LLP
                                                                           101 Park Avenue
                                                                           New York, NY 10178
                                                                           Tel: (212) 696-6000
                                                                           Fax: (212) 697-1559
                                                                           Email: pswaminathan@curtis.com

4674584v1