UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| TECH 7 SYSTEMS, INC., | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| vs. | )   Case No.: 1:08-cv-00436-JDB |
| | ) |
| VACATION ACQUISITION, LLC, | ) |
|    d/b/a Vacation Express | ) |
| | ) |
|        Defendant. | ) |

## OPPOSITION TO MOTION FOR MODIFICATION OF TRO

The Plaintiff, Tech 7 Systems, Inc. hereby opposes the Vacation Express Motion to Modify the TRO to allow for so-called emergency modifications to the Tech 7 software system. The motion was filed on June 2, 2008 and sought "emergency relief" to address fixes to the Tech 7 software "where the systems functions are at risk." [Motion p. 1.].

Tech 7 does not wish to prevent Vacation Express from taking action to modify or repair the Tech 7 software, but Tech 7 does take issue with the specific relief requested and the mischaracterization of the issues at stake.[1]

Since the "emergency" motion was filed, Tech 7 has gained access to the Vacation Express computers pursuant to Court Order issued on May 30, 2008. Tech 7 has been able to see the internal workings of Vacation Express' convoluted modifications of the Tech 7 software. There does not appear to be any "emergency" as the business has continued to operate over the

---

[1] Vacation Express failed to comply with this Court's local rule, specifically LCvR 7(m), when Vacation Express filed this motion without conferring with undersigned counsel and without seeking to narrow the requested relief. An effort to confer would have revealed that Tech 7 does not oppose the modification of the software to fix an important function of the business, but Tech 7 does take issue to the proposed blanket order from the Court authorizing any person to perform the modification without regard to proprietary and contract rights of Tech 7.

past 35 days despite the absence of any order allowing the modifications to be made. Since the June 2, 2008 motion was filed, Vacation Express has continued to operate and no further emergency filings were made by Vacation Express's counsel.

The modification requested in the emergency motion are the sort of modifications that Tech 7 provides to its customers using the Tech 7 system. The License Agreement mandates that any such modifications must be done by Tech 7 or with the express written consent of Tech 7. Tech 7 has not authorized Vacation Express to use other personnel for these modifications. In fact, the License Agreement expressly allows Tech 7 to forbid the use of other competing companies to do the modifications because those companies would then have access to the proprietary information in the Tech 7 software. On March 19, 2008, Vacation Express Vice President Gantt Cookson swore under oath in a Declaration filed with this Court that "Since 2003, Vacation Express has been doing all maintenance and modifications of the software with its own employees." [Declaration of Cookson, paragraph 12.]

However, Tech 7 has learned that Mr. Cookson's sworn statement is false. By accessing the Vacation Express computers, Tech 7 has learned that Vacation Express has been using outside contractors for these modifications. Two outside contractors who compete with Tech 7, Rick Stock and Eric Steinhardt, are both working regularly on the Vacation Express system. They both appear to have consulting and maintenance contracts and are paid monthly. See *e.g.* Exhibit 1, showing a printout of computer consulting fees paid to Eric Steinhardt, downloaded from Vacation Express' Tech 7 system. Mr. Steinhardt is paid $2000.00/month and Mr. Stock is paid $3,750.00. Since 09/17/03 Mr. Steinhardt has been paid $177,390.00 and since 08/24/04 Mr. Stock has been paid $140,589.00 by Vacation Express for modifications to Tech 7's proprietary system. By granting access to competitors of Tech 7 into the inner workings of the

Tech 7 software, Vacation Express has compromised the Tech 7's proprietary information. Mr. Stock and Mr. Steinhardt now have the ability to take other service contracts away from Tech 7 and further deprive Tech 7 of hundreds of thousands of dollars in service contracts. These consulting contracts blatantly violate the terms of the License Agreement and Vacation Express's Vice President has deliberately sought to mislead this Court in stating that "Since 2003, Vacation Express has been doing all maintenance and modifications of the software with its own employees." Is it possible that Mr. Cookson is unaware of the fact that his company has paid out over $300,000 to outside consultants to maintain the system since 2003, or is this a deliberate attempt to fabricate?

Vacation Express has previously reacted nonchalantly and with indifference to compliance with terms of an Order of this Court. See the Court's Order of May 30, 2008. Now, Vacation Express has been revealed to have misled the Court by swearing under oath that it uses only its own employees for maintenance when in fact it has paid $300,000 to outside contractors for maintenance. Vacation Express has made it abundantly clear that it has no regard for the proprietary rights of Tech 7 to it own software product and no regard for the contract terms under the license agreement. The purpose of this law suit is to protect those proprietary and contract rights – and Vacation Express should not be allowed to seek emergency relief which would place the imprimatur of this Court on a continuing violation of those proprietary and contract rights.

The Motion for Emergency Relief does not identify the persons who will be performing the modifications. Tech 7 respectfully requests that any order authorizing modification to the system comply with the terms of the License Agreement – such that Tech 7 shall perform such maintenance unless it consents to such other person in writing. Vacation Express has previously argued that Tech 7 may not unreasonably withhold consent, but it is clear that Tech 7 is not

being unreasonable in demanding that Vacation Express not grant access to Tech 7 software to competing companies and competing maintenance consultants.

Tech 7 stands ready, willing and able to make the necessary modifications to the Vacation Express system. Any order authorizing a modification on an emergency basis should recognize the proprietary rights of Tech 7 and the effort by Vacation Express to deceive this Court into believing that all modifications were being done by Vacation Express employees.

WHEREFORE, Tech 7 respectfully requests that the Vacation Express Motion be granted in part and denied in part. Vacation Express may modify its Tech 7 software, but any such modification must be performed by Tech 7 at its standard rates.

July 7, 2008                                          Respectfully submitted,

                                                      SCHERTLER & ONORATO, LLP


                                                      _____/S/_____
                                                      David H. Dickieson
                                                      D.C. Bar #321778
                                                      601 Pennsylvania Avenue, NW
                                                      North Building, 9th Floor
                                                      Washington, DC 20004
                                                      Telephone: (202) 628-4199
                                                      Facsimile: (202) 628-4177
                                                      ddickieson@schertlerlaw.com

                                                      *Counsel for Tech 7 Systems, Inc.*

## **CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing Opposition to Motion for Modification of TRO was, this 7th day of July, 2008, served via ECF upon the following counsel:

Gary L. Cutler
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Telephone:  (212) 696-6069
Facsimile:  (212) 697-1559
gcutler@curtis.com

Priya Swaminathan, Esq.
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Telephone:  (212) 696-8873
Facsimile:  (917) 368-8873
pswaminathan@curtis.com


                                                         /s/
                                             David H. Dickieson

```
                                      vex_eric.txt
VACATION EXPRESS, LLC                                              PAGE    1

SOURCE/VENDOR HISTORY AS OF JUN  4, 2008  16:05:06
FOR : ERIC

TRANS#  JOUR  DATE   ST  CK#/MCO#     ACCT#        LOCAL AMT DESCRIPTION
---------------------------------------------------------------------------

P175E29 PBSP 091703 XX                7020   US     1250.00 SEP2003 SOFTWARE S
D17600D DBSD 091803 CL   240765       2300   US     1250.00         SEP2003 SO
P17A825 PBSP 093003 XX                1407   US     1250.00 OCT2003 MONTHLY SO
D17AE9D DBSD 093003 CL   241415       2300   US     1250.00         OCT2003 MO
P182463 PBSP 102703 XX                7020   US     1250.00 NOV2003 MONTHLY SO
P182464 PBSP 102703 XX                7025   US       20.00 MODEM CHRGS DATA F
D182BF6 DBSD 103103 CL   242626       2300   US     1250.00         NOV2003 MO
D182BF7 DBSD 103103 CL   242626       2300   US       20.00         MODEM CHRG
P18A5AC PFNP 120203 XX                7020   US     1250.00 DEC2003 - MONTHLY
D18A791 DFND 120403 CL   248820       2500   US     1250.00         DEC2003 -
P18E240 PFNP 122403 XX                7020   US     1250.00 JAN 2004 SUPPORT
D18E59C DFND 122603 CL   248973       2500   US     1250.00         JAN 2004 S
P199C2E PFNP 021204 XX                7025   US     1250.00 FEB2004 - SOFTWARE
D19A4BD DFND 021304 CL   251517       2500   US     1250.00         FEB2004 -
P1A220E PFNP 030404 XX                7025   US     1250.00 MAR2004 - INV#3011
D1A224F DFND 030404 CL   253053       2500   US     1250.00         MAR2004 -
P1AA9A9 PFNP 033004 XX                1407   US     1250.00 APRIL 2004 SUPPORT
D1AABB2 DFND 033004 CL   254203       2500   US     1250.00         APRIL 2004
P1B862D PFNP 050404 XX                7025   US     1250.00 INV#3016 MAY 2004
D1B874C DFND 050504 CL   256985       2500   US     1250.00         INV#3016 M
P1C3B01 PFNP 060404 XX                7020   US     1250.00 TECH 7 SUPPORT 5/1
D1C4D4B DFND 060804 CL   261100       2500   US     1250.00         TECH 7 SUP
P1D7132 PFNP 071604 XX                7020   US      625.00 7/1/04-7/31/04 VAC
D1D7C73 DFND 071904 CL   264284       2500   US      625.00         7/1/04-7/3
P1E251D PFNP 080204 XX                7020   US     1250.00 INV# 3023 8/1/04-8
D1E2A77 DFND 080304 CL   265612       2500   US     1250.00         INV# 3023
P1E96F2 PFNP 083004 XX                7020   US     1250.00 INV# 3025 SEPT 200
D1EAB21 DFND 083104 CL   266842       2500   US     1250.00         INV# 3025
P1EF09A PFNP 092704 XX                7020   US     1250.00 INV# 3028 10/1/04-
D1EF4B6 DFND 092804 CL   268095       2500   US     1250.00         INV# 3028
P1F92C1 PFNP 102604 XX                7020   US     1250.00 INV# 3030 SUPPORT
D1F9449 DFND 102604 CL   269453       2500   US     1250.00         INV# 3030
P2046B6 PFNP 113004 XX                7020   US     1250.00 INV# 3033 DEC 2004
P2046B7 PFNP 113004 XX                7020   US      500.00 INV# 3032 TSA PROG
D2046CE DFND 120704 CL   271016       2500   US     1250.00         INV# 3033
D2046CF DFND 120704 CL   271016       2500   US      500.00         INV# 3032
P206F11 PBSP 122304 XX                7020   US     1250.00 INV# 3035 JAN 2005
D206F15 DBSD 122304 CL   300348       2300   US     1250.00         INV# 3035
P20BC69 PBSP 012705 XX                7020   US     1250.00 INV# 3037 2/1-2/28
P20BC6A PBSP 012705 XX                7025   US      200.00 INV# 3037 2/1-2/28
D20BFDB DBSD 012705 CL   301776       2300   US     1250.00         INV# 3037
D20BFDC DBSD 012705 CL   301776       2300   US      200.00         INV# 3037
P21445B PBSP 030105 XX                7020   US     1250.00 INV# 3040 2/25/05
D21448A DBSD 030105 CL   303805       2300   US     1250.00         INV# 3040
P21A324 PBSP 032905 XX                1407   US     1250.00 INV# 3042 4/2005 3
D21DBE9 DBSD 033105 CL   304869       2300   US     1250.00         INV# 3042
P22358C PBSP 042705 XX                1407   US     1250.00 INV# 3044 4/25/05
D223991 DBSD 042805 CL   305993       2300   US     1250.00         INV# 3044
^L
VACATION EXPRESS, LLC                                              PAGE    2

SOURCE/VENDOR HISTORY AS OF JUN  4, 2008  16:05:06
FOR : ERIC

TRANS#  JOUR  DATE   ST  CK#/MCO#     ACCT#        LOCAL AMT DESCRIPTION
```



PLAINTIFF'S EXHIBIT 1

```
                                   vex_eric.txt
--------------------------------------------------------------------------------
P22C1AB PBSP 053105 XX            1407      US     1450.00 INV# 3046 5/25/05
D22EA97 DBSD 053105 CL  307975    2300      US     1450.00         INV# 3046
P234402 PBSP 062805 XX            1407      US     1450.00 INV# 3049 JULY 200
D23466C DBSD 062805 CL  310322    2300      US     1450.00         INV# 3049
P23E766 PBSP 072605 XX            1407      US     1850.00 INV# 3053 AUG 2005
D23E7E2 DBSD 072605 CL  312190    2300      US     1850.00         INV# 3053
P246B40 PBSP 082605 XX            1407      US     2250.00 INV# 3055 SEPT 200
D24758F DBSD 083005 CL  313983    2300      US     2250.00         INV# 3055
P24C137 PBSP 092705 XX            1407      US     1250.00 INV# 3058 OCTOBER
D24C165 DBSD 092705 CL  315124    2300      US     1250.00         INV# 3058
P25192A PBSP 110105 XX            7020      US     1250.00 INV#3061 NOV2005 S
P25192B PBSP 110105 XX            7020      US      100.00 BOOKING ENGINE
D251968 DBSD 110105 CL  316519    2300      US     1250.00         INV#3061 N
D251969 DBSD 110105 CL  316519    2300      US      100.00         BOOKING EN
P253BF1 PBSP 112905 XX            1407      US     1250.00 INV# 3063 DEC 2005
P253BF5 PBSP 112905 XX            7020      US      200.00 INV# 3063 NEW INSU
D253C26 DBSD 112905 CL  317096    2300      US     1250.00         INV# 3063
D253C27 DBSD 112905 CL  317096    2300      US      200.00         INV# 3063
P25725D PBSP 123105 XX            1407      US     1250.00 INV# 3065 12/27/05
D257481 DBSD 010506 CL  317898    2300      US     1250.00         INV# 3065
P259E7D PBSP 020106 XX            7020      US     1250.00 FEB2006 INV#3067
P259E7F PBSP 020106 XX            7020      US      200.00 MODIFY REPORTS THA
D25A372 DBSD 020206 CL  318381    2300      US     1250.00         FEB2006 IN
D25A373 DBSD 020206 CL  318381    2300      US      200.00         MODIFY REP
P25D26C PBSP 022706 XX            1407      US     1250.00 INV# 3069 MONTHLY
P25D26D PBSP 022706 XX            1407      US      400.00 INV# 3069 MFY CLR
D25EC88 DBSD 022806 CL  318923    2300      US     1250.00         INV# 3069
D25EC89 DBSD 022806 CL  318923    2300      US      400.00         INV# 3069
P2626F5 PBSP 032706 XX            1407      US     1250.00 INV# 3069 APRIL 20
D262BE9 DBSD 032806 CL  320131    2300      US     1250.00         INV# 3069
P26917C PBSP 042706 XX            1407      US     1450.00 INV# 3075 MAY 2006
D2693C2 DBSD 042706 CL  321631    2300      US     1450.00         INV# 3075
P26DF9E PBSP 052606 XX            1407      US     1250.00 INV# 3078 JUNE 200
D26E510 DBSD 053006 CL  322807    2300      US     1250.00         INV# 3078
P27515B PBSP 062806 XX            1407      US     2450.00 INV# 3082 JULY 200
D275229 DBSD 062806 CL  324491    2300      US     2450.00         INV# 3082
P27A6E2 PBSP 072706 XX            1407      US     1450.00 INV# 3084 AUGUST 2
D27A732 DBSD 072706 CL  325928    2300      US     1450.00         INV# 3084
P27E34B PBSP 083106 XX            1407      US     1250.00 INV# 3086 SEPTEMBE
D27E5BE DBSD 083106 CL  327324    2300      US     1250.00         INV# 3086
A27EC51 ADJ  083106     A95010    7020      US     1450.00 JE#160 ERIC AUGUST
A27EC52 ADJ  083106     A95010    1407      US    -1450.00 JE#160 ERIC AUGUST
P2801A2 PBSP 092606 XX            1407      US     1450.00 INV# 3088 OCT. 200
D2801C4 DBSD 092606 CL  327720    2300      US     1450.00         INV# 3088
P28215A PBSP 102506 XX            1407      US     1550.00 INV# 3090 (NOV 200
D2821BA DBSD 102506 CL  328388    2300      US     1550.00         INV# 3090
P285B15 PBSP 113006 XX            1407      US     1750.00 INV# 3092 (DEC 200
D285CCC DBSD 113006 CL  329373    2300      US     1750.00         INV# 3092
^L
VACATION EXPRESS, LLC                                            PAGE    3

SOURCE/VENDOR HISTORY AS OF JUN  4, 2008   16:05:06
FOR : ERIC

TRANS#  JOUR  DATE   ST  CK#/MCO#   ACCT#        LOCAL AMT DESCRIPTION
--------------------------------------------------------------------------------

P28810B PBSP 122806 XX            1407      US     1350.00 INV# 3094 (JAN 200
D28812B DBSD 122806 CL  329955    2300      US     1350.00         INV# 3094
P293137 PBSP 013007 XX            1407      US     1250.00 INV# 3097 (FEB 07)
P293139 PBSP 013007 XX            1407      US      700.00 INV# 3097 (MISC)
```

```
                                        vex_eric.txt
D2933FD DBSD 013107 CL   330545      2300      US        1250.00      INV# 3097
D2933FE DBSD 013107 CL   330545      2300      US         700.00      INV# 3097
P298202 PBSP 030707 XX               7020      US        1250.00 INV# 3099 (MARCH 2
D29822A DBSD 030707 CL   331535      2300      US        1250.00      INV# 3099
P29AC77 PBSP 032707 XX               1407      US        1750.00 INV# 3101 (APRIL 2
D29AEEE DBSD 032807 CL   332026      2300      US        1750.00      INV# 3101
P29F97E PBSP 042607 XX               1407      US        1250.00 INV# 3103 (MAY 200
D29FABC DBSD 042707 CL   332995      2300      US        1250.00      INV# 3103
P2A5668 PBSP 053107 XX               1407      US        1550.00 INV# 3105 (JUNE 20
D2A5722 DBSD 053107 CL   334184      2300      US        1550.00      INV# 3105
P2A7B44 PBSP 062507 XX               1407      US        2000.00 INV# 3107 (JULY 20
D2A7DC6 DBSD 062607 CL   334887      2300      US        2000.00      INV# 3107
P2ACF53 PBSP 080207 XX               7020      US        2000.00 INV# 3109 (AUGUST
D2ACF76 DBSD 080207 CL   336032      2300      US        2000.00      INV# 3109
P2AEECB PBSP 082807 XX               1407      US        2000.00 INV# 3111 (SEPT 20
D2AEF6E DBSD 082807 CL   336527      2300      US        2000.00      INV# 3111
P2B1079 PBSP 092707 XX               1407      US        2000.00 INV# 3115 (OCTOBER
D2B124D DBSD 092707 CL   337165      2300      US        2000.00      INV# 3115
P2B3D68 PBSP 102907 XX               1407      US        2000.00 INV# 3117 (NOVEMBE
D2B3F50 DBSD 103007 CL   337886      2300      US        2000.00      INV# 3117
P2B639E PBSP 112707 XX               1407      US        2000.00 INV# 3119 (DECEMBE
D2B63E6 DBSD 112707 CL   338403      2300      US        2000.00      INV# 3119
P2B8D00 PBSP 123107 XX               1407      US        2000.00 INV# 3122 (JAN 200
D2B8DD5 DBSD 010208 CL   340213      2300      US        2000.00      INV# 3122
P2BB1C1 PBSP 012908 XX               1407      US        2000.00 INV# 3124 (FEB 200
D2BB236 DBSD 012908 CL   340642      2300      US        2000.00      INV# 3124
P2BE61B PBSP 022808 XX               1407      US        2000.00 INV# 3127 (MARCH 2
D2BE700 DBSD 022808 CL   341329      2300      US        2000.00      INV# 3127
P2C1C40 PBSP 032808 XX               1407      US        2000.00 INV# 3129 (APRIL 2
D2C1CF2 DBSD 032808 CL   342104      2300      US        2000.00      INV# 3129
P2C6037 PBSP 042908 XX               1407      US        2000.00 INV# 3131 (MAY 200
D2C60BE DBSD 042908       343035    2300      US        2000.00      INV# 3131
P2CA528 PBSP 052908 XX               1407      US        2000.00 INV# 3135 (JUNE 20
D2CA590 DBSD 052908       343876    2300      US        2000.00      INV# 3135


SUMMARY TOTALS BY GENERAL LEDGER
ACCT #         JOURNAL      TYPE       LOCAL AMOUNT  ACCT NAME
7020           PBSP         P             12500.00  COMPUTER CONSULTING
2300           DBSD         D             72570.00  A/P FID VACATION ACQUISITIONS
1407           PBSP         P             59850.00  PREPAID OPERATING EXPENSES
7025           PBSP         P               220.00  COMPUTER EXPENSES
7020           PFNP         P             11125.00  COMPUTER CONSULTING
2500           DFND         D             16125.00  A/P FIDELITY NATIONAL
^L
VACATION EXPRESS, LLC                                               PAGE    4

SOURCE/VENDOR HISTORY AS OF JUN  4, 2008  16:05:06
FOR : ERIC

TRANS#  JOUR  DATE   ST  CK#/MCO#    ACCT#         LOCAL AMT DESCRIPTION
-----------------------------------------------------------------------------

7025          PFNP          P                         3750.00  COMPUTER EXPENSES
1407          PFNP          P                         1250.00  PREPAID OPERATING EXPENSES
7020          ADJ           A                         1450.00  COMPUTER CONSULTING
1407          ADJ           A                        -1450.00  PREPAID OPERATING EXPENSES
```

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| TECH 7 SYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 1:08-cv-00436-JDB |
| | ) |
| VACATION ACQUISITION, LLC, | ) |
| d/b/a Vacation Express | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This matter having come before the Court upon the Motion for Modification of the Temporary Restraining Order by defendant Vacation Acquisition, LLC d/b/a Vacation Express.

The Motion is Granted in Part and Denied in Part and the Temporary Restraining Order, dated March 21, 2008 is hereby modified to read:

ORDERED that defendant shall make no further modifications of the software system in dispute, until further order of the Court.  In the event that repairs are required on an emergency basis to maintain operation of the system, Defendant shall immediately give notice to the Court and the Plaintiff, Defendant shall keep a log of all changes it makes to the software to maintain it, and all modifications shall be performed by Tech 7 at its standard rates unless Tech 7 consents in writing to some other arrangement. Nothing in this Order indicates any approval by the Court of any such modification and or the mode by which the emergency modification is made and the Defendant remains obligated to seek ratification of such modification from the Court.

SO ORDERED.

_____, 2008                              _____
                                                                                  Judge John D. Bates

Copies to:

David H. Dickieson
Schertler & Onorato, LLP
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004
  *Counsel for Tech 7 Systems, Inc.*

Gary L. Cutler
Priya Swaminathan
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
  *Counsel for Vacation Acquisition, LLC*

2