**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| TECH 7 SYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No.:  1:08-cv-00436-JDB |
| | ) |
| VACATION ACQUISITION, LLC, | ) |
| d/b/a Vacation Express | ) |
| | ) |
| Defendant. | ) |

**SURREPLY OF TECH 7 SYSTEMS, INC. TO SUPPORT THE
OPPOSITION TO THE MOTION TO MODIFY TRO**

On Friday, July 11, 2008, Vacation Acquisition, LLC d/b/a Vacation Express filed a Reply brief which presented false and misleading information which necessitates a Surreply before the Court rules on the Motion. This Surreply is not intended to restate the entire argument of the Plaintiff, Tech 7 Systems, Inc., but will instead review the false and misleading information presented in the Reply brief to ensure that the Court will not enter a decision based on false and misleading statements.

*Misrepresenting Its History of Use.*  First, Vacation Acquisition, LLC is deliberately distorting its history of use of the Tech 7 software. Vacation Acquisition, LLC was formed on October 14, 2004 and began using the Tech 7 software system in 2005, after purchasing the assets of FlightServ, Inc. Vacation Acquisition, LLC seeks to shade the facts in a way that would lead this Court to believe that Vacation Acquisition, LLC has been modifying and servicing this software without challenge by Tech 7 since 1995. This misleading pattern begins with the very first sentence in the Factual Statement: "The parties entered in the SLA [Sales and Licensing Agreement] in 1990." Vacation Acquisition, LLC was not a party to the SLA.

Vacation Acquisition did not exist in 1990. Vacation Acquisition began using the Tech 7 software without permission (written or otherwise) from Tech 7 in 2005. Tech 7 is not estopped from contesting Vacation Acquisition's usurpation of the Tech 7 software in 2005. Vacation Acquisition knew or should have known from a review of the Sales and Licensing Agreement that it was required to seek consent for the use of the software system before it first began to use the software, yet it chose to continue to use the software system without even giving notice to Tech 7, much less seeking consent.

***Quoting Crossed-Out Language As If It Were Not Crossed Out.*** Vacation Acquisition's counsel also dramatically argued that the implications of Exhibit 5, a fax message and hand written note on the fax, are "stunning." (p. 4)  In reality, what is "stunning" is the argument by opposing counsel quoting crossed-out language from an exhibit as if the language were not crossed out. This stunning lapse of judgment is compounded by Defendant's counsel's failure to notify the Court in the brief that the language had been rejected and crossed out. See the actual Exhibit 5, p. 2 attached to the Reply brief. The handwritten language which is falsely presented to the Court as the official position of Tech 7 is in fact an internal notation by an employee that was rejected by her boss who reiterated the company's position that Tech 7 doesn't sell source code. Completely ignoring the fact that the quoted language had been crossed out, counsel for Vacation Acquisition, LLC uses the crossed-out language to essentially argue that the entire premise of the litigation has been proven wrong and therefore the Defendant's motion to modify the TRO should be granted. (Reply p. 4 – 5). This is grossly misleading.

Although the lead counsel for Vacation Acquisition are practicing in New York, the ethical rules in New York on this subject are no different from the professional conduct rules in

the District of Columbia.[1] Counsel has an ethical obligation of "Candor toward the tribunal" under Rule 3.3. Counsel has an obligation not to offer evidence that the lawyer knows to be false. Yet, by informing the Court that Tech 7 made a written statement, knowing that such handwritten statement had been crossed out and not sent out, counsel for Vacation Acquisition, LLC, deliberately sought to mislead this Court and violated his obligation of candor to the Court.

*False Claims of Sole Contractual Remedy.* Counsel for the Defendant also argue, incorrectly and without authority, that the *sole* contractual remedy available to Tech 7 is to nullify the warranty provisions. (Reply Brief, p. 3 and 6.) Nullification of the warranty is not the sole remedy, but a supplemental remedy added to other contractual and common law remedies available to a party who has suffered a contract breach. In fact, the Tech 7 Sales and Licensing Agreement specified the right to specific performance, to enjoin any breach, to enter the purchaser's premises and remove the software, and to recover attorney fees. Each of these contractual rights supplements the common law rights to a claim for damages from a breach of contract. Vacation Acquisition's assertion of a single exclusive remedy against it -- nullification of warranty – is patently false.

*Trying to Justify a False Sworn Statement*. Defendant also attempts to deflect any blame for the false statement under oath by VP Gantt Cookson that Vacation Express has used only its "employees" for service and repair work since 2003. Defendant now admits that it has

---

[1] The Proposed New York Rules of Professional Conduct, adopted by the NY House of Delegates on November 3, 2007, which contain the identical Rule 3.3, to the Appellate Division for the court's review. Pending approval, New York attorneys are bound by the Rules of Professional Responsibility which also require candor toward the Court and the avoidance of any action that would undermine the integrity of the legal system. More importantly, these New York attorneys agreed to comply with the requirements of this jurisdiction when they requested and received admission to this Court *pro hac vice*.

used the two outside consultants for work on the Tech 7 software system, but claims that "it is a fair statement to refer to them as employees." (Reply at p. 10). This statement is absurd since it is not "fair" to represent to the Court that these people are employees when they are not employees, are not carried on the books of the corporation as employees, and in fact do consulting work for other corporations as well.  Counsel for the Defendant then seeks to explain that what Mr. Cookson really meant was that since 2003, the Defendant has not contracted with Tech 7's competitor, Data Plus.[2]  No explanation is given as to why this intended statement was not used in the Declaration that was no doubt prepared and reviewed by the several counsel of record for the Defendant.

This Court should also note that the undersigned counsel has now received information that a third consultant, Traci Kris, is paid by Vacation Express for Tech 7 software service and maintenance. Ms. Kris has been paid well over $250,000 since 2003 and currently receives consulting fees of generally $5500 per month.  See Exhibit 1, attached hereto. Even when Defendant is called to task on its false sworn Declaration, Defendant did not seek to provide full information to the Court and notify the Court that in fact there are three consultants doing repair and service work on the Tech 7 software.  Instead, Defendant dodges the issue and forces the Plaintiff to discover and report to the Court that an additional $250,000 in consulting fees are being paid to direct competitors with Tech 7 to work on the Tech 7 proprietary software.

Ms. Kris's $250,000, added to the over $300,000 paid to the other two consultants, demonstrates a financial injury to Tech 7 of over a half million dollars in lost service fees, not counting the loss of proprietary information to Tech 7 competitors who can tinker with the Tech 7 source code and then use that knowledge to better compete with Tech 7 on other

---

[2] Tech 7 believes that discovery will show that the two consultants doing the repair and service work since 2003 were former Data Plus employees.

4

contracts. The Defendant's Motion seeks to compound this injury by seeking Court approval of a continuing violation of Tech 7's contractual and proprietary rights.

*False Claim of Emergency.* Lastly, the Reply brief appears to present a different picture than the request for "emergency relief" sought in the original Motion. The Motion indicated that modifications were necessary to fix *existing* problems in the Tech 7 software. The Reply now asserts that Vacation Acquisition is "walking a tightrope" and that a "*possible* failure" *may* occur any day. The Tech 7 system, however, is still working. It is now clear that no emergency has occurred. There are no exigent circumstances that would warrant an order from this Court authorizing the Defendant to undertake repairs by consultants who have no right to see the inner workings of the Tech 7 software. Such an order would merely compound damages to the Plaintiff. Tech 7 remains ready, willing and able to do the modifications to its own software.

## CONCLUSION

For the reasons stated herein and in the previously filed Opposition brief, Tech 7 Systems, Inc. respectfully requests that the proposed Order previously submitted by its counsel be entered, allowing Tech 7 to protect its proprietary rights in the software by doing any necessary repair modifications.

July 15, 2008

Respectfully submitted,

SCHERTLER & ONORATO, LLP

_____/S/_____
David H. Dickieson, D.C. Bar #321778
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177
ddickieson@schertlerlaw.com

*Counsel for Tech 7 Systems, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Surreply of Tech 7 Systems, Inc. was, this 15th day of July, 2008, served via electronic means upon the following counsel:

Jeffrey I. Zuckerman
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
1200 New Hampshire Avenue, NW, Suite 430
Washington, DC  20036
Telephone: (202) 452-7373
Facsimile:  (202) 452-7333
jzuckerman@curtis.com
jzuckesq@mail.com

Gary L. Cutler
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Telephone:  (212) 696-6069
Facsimile:  (212) 697-1559
gcutler@curtis.com

Priya Swaminathan, Esq.
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Telephone:  (212) 696-8873
Facsimile:  (917) 368-8873
pswaminathan@curtis.com

                                                /s/
                                         David H. Dickieson

```
                                  vex_Traci.txt
COMPANY CODE    :   □1            SOURCE/VENDOR HISTORY
SOURCE/VENDOR   :   □TRACI
JOURNAL OR CR   :   □             BEG DATE : □0/01/1
TYPES OR CR     :   □             END DATE : □0/12/8
------------------------------------------------------------------------------
TRANS#   JOUR  DATE   ST   CK#/MCO#    ACCT#       LOCAL AMT  DESCRIPTION
------------------------------------------------------------------------------
P 8FE71  PISN  050602 XX               1375   US    22000.00  WEB BOOKINGS
D 904DF  DISN  050702 CL   113485      2000   US    22000.00        WEB BOOKI
P CE139  PBOP  070202 XX               1375   US     4000.00  REPAIR ACCOUNTING
D CE30F  DBOD  070302 CL   200336      2400   US     4000.00        REPAIR AC
P CEAD6  PBOP  070902 XX               1375   US     8000.00  EDIT WEB SITE
D CECF8  DBOD  070902 CL   200569      2400   US     8000.00        EDIT WEB
P103179  PBOP  082902 XX               1375   US     5600.00  WEB SITE
D103563  DBOD  083002 CL   201096      2400   US     5600.00        WEB SITE
P110092  PBSP  101502 XX               1375   US     3850.00  TECH-7 ENHANCEMEN
D110914  DBSD  101602 CL   219721      2300   US     3850.00        TECH-7 EN
P116B72  PBSP  111802 XX               1375   US     1200.00  INV#2002-1046
D11785F  DBSD  112002 CL   221359      2300   US     1200.00        INV#2002-
P12861E  PBSP  012303 XX               1375   US     5800.00  IT PROJECT-WEB/RE
P12861F  PBSP  012303 XX               1375   US     3500.00  IT PROJECT-WEB
D12898A  DBSD  012303 CL   224476      2300   US     5800.00        IT PROJEC
D12898B  DBSD  012303 CL   224476      2300   US     3500.00        IT PROJEC
P1353C1  PBSP  031103 XX               1375   US      500.00  INV#2002-1062/ WE
P1353C2  PBSP  031103 XX               1375   US      850.00  HOTEL CATEGORY RA
P1353C3  PBSP  031103 XX               1375   US      300.00  ADD "XXX" FOR SPE
P1353C4  PBSP  031103 XX               1375   US     3000.00  WEB BOOKINGS ON R
P1353C5  PBSP  031103 XX               1375   US      250.00  INV#2003-1070/ MA
P1353C6  PBSP  031103 XX               1375   US      200.00  INV#2003-1063/ OP
D135C13  DBSD  031303 CL   226962      2300   US      500.00        INV#2002-
D135C14  DBSD  031303 CL   226962      2300   US      850.00        HOTEL CAT
D135C15  DBSD  031303 CL   226962      2300   US      300.00        ADD "XXX"
D135C16  DBSD  031303 CL   226962      2300   US     3000.00        WEB BOOKI
D135C17  DBSD  031303 CL   226962      2300   US      250.00        INV#2003-
D135C18  DBSD  031303 CL   226962      2300   US      200.00        INV#2003-
P13E86E  PBSP  041003 XX               7025   US      726.50  FEB/MAR SUPPORT
P13E870  PBSP  041003 XX               7025   US     1042.50  MAR/APR SUPPORT
P13E873  PBSP  041003 XX               1375   US     3500.00  INV#2003-1071/ AG
P13E87C  PBSP  041003 XX               1375   US     1800.00  INV#2003-1079/ TR
D13F2C9  DBSD  041403 CL   229070      2300   US      726.50        FEB/MAR S
D13F2CA  DBSD  041403 CL   229070      2300   US     1042.50        MAR/APR S
D13F2CB  DBSD  041403 CL   229070      2300   US     3500.00        INV#2003-
D13F2CC  DBSD  041403 CL   229070      2300   US     1800.00        INV#2003-
P14B384  PBSP  052903 XX               1375   US     1000.00  INV#2003-1094/ WE
P14B391  PBSP  052903 XX               7025   US      500.00  INV#2003-1068/WEB
P14B397  PBSP  052903 XX               7025   US      262.50  SOFTWARE SUPPORT
P14B3A2  PBSP  052903 XX               7025   US     -726.50  PAYMENTS/CREDITS
P14B3B3  PBSP  052903 XX               7025   US      500.00  WEB BOOKING SOFTW
P14B3BA  PBSP  052903 XX               7025   US       35.00  APRIL 7 - 30/2003
P14B3BF  PBSP  052903 XX               7025   US      500.00  SUPPORT FOR MAY 2
P14B3C8  PBSP  052903 XX               7025   US      157.50  SUPPORT MAR 14 -
D14B4B5  DBSD  052903 CL   232049      2300   US     1000.00        INV#2003-
D14B4B6  DBSD  052903 CL   232049      2300   US      500.00        INV#2003-
D14B4B7  DBSD  052903 CL   232049      2300   US      262.50        SOFTWARE
D14B4B8  DBSD  052903 CL   232049      2300   US     -726.50        PAYMENTS/
D14B4B9  DBSD  052903 CL   232049      2300   US      500.00        WEB BOOKI
D14B4BA  DBSD  052903 CL   232049      2300   US       35.00        APRIL 7 -
D14B4BB  DBSD  052903 CL   232049      2300   US      500.00        SUPPORT F
D14B4BC  DBSD  052903 CL   232049      2300   US      157.50        SUPPORT M
P162F02  PBSP  072403 XX               7025   US      500.00  AUG2003 SOFTWARE
P162F03  PBSP  072403 XX               7025   US      542.50  JUNE2003 SOFTWARE
D1635A4  DBSD  072503 CL   236942      2300   US      500.00        AUG2003 S
D1635A5  DBSD  072503 CL   236942      2300   US      542.50        JUNE2003
```

```
                              vex_Traci.txt
P164A27 PBSP 073003 XX         1375      US       300.00 INV#2003-1139/NEW
P164A28 PBSP 073003 XX         1375      US       200.00 INV#2003-1138/SKI
D164FD6 DBSD 073003 CL  237097 2300      US       300.00         INV#2003-
D164FD7 DBSD 073003 CL  237097 2300      US       200.00         INV#2003-
P167BEB PBSP 080703 XX         1375      US      1250.00 INV#2003-1140/NEW
P167BEC PBSP 080703 XX         7025      US       500.00 SEPT2003 SOFTWARE
P167BED PBSP 080703 XX         7025      US      1172.50 SOFTWARE HOURS FO
P167BFB PBSP 080703 XX         7025      US       500.00 JULY2003 SOFTWARE
P167BFC PBSP 080703 XX         7025      US       997.50 MAY2003 SOFTWARE
P167BFD PBSP 080703 XX         1375      US      2000.00 FAX VOURCHERS PRO
D167C5E DBSD 080803 CL  238091 2300      US      1250.00         INV#2003-
D167C5F DBSD 080803 CL  238091 2300      US       500.00          SEPT2003
D167C60 DBSD 080803 CL  238091 2300      US      1172.50          SOFTWARE
D167C61 DBSD 080803 CL  238091 2300      US       500.00          JULY2003
D167C62 DBSD 080803 CL  238091 2300      US       997.50         MAY2003 S
D167C63 DBSD 080803 CL  238091 2300      US      2000.00        FAX VOURC
P1726E3 PBSP 091103 XX         7025      US       500.00 OCT2003 SOFTWARE
P1726E8 PBSP 091103 XX         1375      US       600.00 INV#2003-1156 / C
P1726ED PBSP 091103 XX         1375      US       400.00 WEB ANALYSIS REPO
P1726F4 PBSP 091103 XX         1375      US       600.00 EXPRESS CASH FOR
P1726FA PBSP 091103 XX         1375      US       300.00 FLT AVAILABILITY
P1726FE PBSP 091103 XX         1375      US       900.00 NEW COMMISSION CO
P172701 PBSP 091103 XX         1375      US       200.00 NEW COMMISSION CO
D174AC5 DBSD 091203 CL  240143 2300      US       500.00         OCT2003 S
D174AC6 DBSD 091203 CL  240143 2300      US       600.00         INV#2003-
D174AC7 DBSD 091203 CL  240143 2300      US       400.00         WEB ANALY
D174AC8 DBSD 091203 CL  240143 2300      US       600.00         EXPRESS C
D174AC9 DBSD 091203 CL  240143 2300      US       300.00         FLT AVAIL
D174ACA DBSD 091203 CL  240143 2300      US       900.00         NEW COMMI
D174ACB DBSD 091203 CL  240143 2300      US       200.00         NEW COMMI
P17CFAB PBSP 101503 XX         7025      US       500.00 NOV2003 SOFTWARE
P17CFAC PBSP 101503 XX         1375      US       600.00 REQUIRE FULL PMT
P17CFAD PBSP 101503 XX         1375      US       600.00 PMT SCHEDULE TABL
P17CFAE PBSP 101503 XX         1375      US       450.00 EXPRESS CASH FOR
P17CFAF PBSP 101503 XX         1375      US      2000.00 AIX CRASH WEB DAT
D17D746 DBSD 101603 CL  242179 2300      US       500.00         NOV2003 S
D17D747 DBSD 101603 CL  242179 2300      US       600.00         REQUIRE F
D17D748 DBSD 101603 CL  242179 2300      US       600.00         PMT SCHED
D17D749 DBSD 101603 CL  242179 2300      US       450.00         EXPRESS C
D17D74A DBSD 101603 CL  242179 2300      US      2000.00        AIX CRASH
P17DF22 PBSP 102103 XX         7025      US       857.50 OCT2003 EXCEED 10
P17DF23 PBSP 102103 XX         1375      US      1500.00 UPLOAD SPREAD SHE
P17DF24 PBSP 102103 XX         1375      US       600.00 SUB-CHARTERLOAD
D17DF71 DBSD 102103 CL  242259 2300      US       857.50         OCT2003 E
D17DF72 DBSD 102103 CL  242259 2300      US      1500.00         UPLOAD SP
D17DF73 DBSD 102103 CL  242259 2300      US       600.00         SUB-CHART
P18B23C PFNP 121103 XX         1407      US       500.00 JAN2004 INV#2003-
P18B23D PFNP 121103 XX         7025      US       280.00 OCT2003 SOFTWARE
P18B23E PFNP 121103 XX         1375      US      1100.00 STOP DUPLICATE WE
D18B3D0 DFND 121203 CL  248893 2500      US       500.00          JAN2004 I
D18B3D1 DFND 121203 CL  248893 2500      US       280.00         OCT2003 S
D18B3D2 DFND 121203 CL  248893 2500      US      1100.00         STOP DUPL
P1964CC PFNP 012704 XX         1407      US       500.00 FEB2004 WEB SUPPO
P1964CD PFNP 012704 XX         1375      US      2300.00 INV#2004-1210 / C
P1964CE PFNP 012704 XX         1375      US       850.00 INV#2004-1210 / A
D19653C DFND 012704 CL  250924 2500      US       500.00         FEB2004 W
D19653D DFND 012704 CL  250924 2500      US      2300.00          INV#2004-
D19653E DFND 012704 CL  250924 2500      US       850.00          INV#2004-
P199C5A PFNP 021204 XX         1407      US       500.00 MAR2004 INV#2004-
P199C5B PFNP 021204 XX         7025      US      1155.00 INV#2004-1224 / E
P199C5C PFNP 021204 XX         1375      US       775.00 INV#2004-1224 / S
D19A4CF DFND 021304 CL  251527 2500      US       500.00         MAR2004 I
D19A4D0 DFND 021304 CL  251527 2500      US      1155.00          INV#2004-
                                  Page 2
```

```
                                        vex_Traci.txt
   D19A4D1 DFND 021304 CL    251527      2500       US       775.00          INV#2004-
   P1A395C PFNP 031104 XX                1407       US      3422.50 APR 2004 WEB SUPP
   D1A53C5 DFND 031604 CL    253864      2500       US      3422.50          APR 2004
   P1B7F1A PFNP 043004 XX                1407       US      1742.50 MAY 2004 SUPPORT
   D1B7F22 DFND 043004 CL    256974      2500       US      1742.50          MAY 2004
   P1BA6D1 PFNP 051304 XX                1375       US      5720.00 INV# 2004-1256
   P1BA6D2 PFNP 051304 XX                7020       US      1707.50 INV# 2004-1255 EX
   D1BA9A3 DFND 051304 CL    257080      2500       US      5720.00          INV# 2004
   D1BA9A4 DFND 051304 CL    257080      2500       US      1707.50          INV# 2004
   P1D6A4C PFNP 071504 XX                6059       US       797.50 INV# 2004-1276 AU
   D1D7CAF DFND 071904 CL    264302      2500       US       797.50          INV# 2004
   P1E52ED PFNP 081604 XX                7020       US      2127.50 INV#2004-1281 SOF
   D1E5DD0 DFND 081704 CL    265790      2500       US      2127.50          INV#2004-
   P1EE359 PFNP 092104 XX                1375       US      5000.00 INV# 2004-1298
   P1EE35C PFNP 092104 XX                7020       US       945.00 INV# 2004-1296
   D1EE423 DFND 092104 CL    268013      2500       US      5000.00          INV# 2004
   D1EE424 DFND 092104 CL    268013      2500       US       945.00          INV# 2004
   P1F92C0 PFNP 102604 XX                1375       US      5000.00 SOFTWARE SUPPORT
   D1F9463 DFND 102604 CL    269462      2500       US      5000.00          SOFTWARE
   P1FF2A3 PFNP 112204 XX                1375       US      5000.00 INV# 2004-1314 DE
   D1FFBE0 DFND 112304 CL    270537      2500       US      5000.00          INV# 2004
   P208A98 PBSP 010405 XX                1375       US      3500.00 INV# 2004-1325
   P208A99 PBSP 010405 XX                7020       US      1500.00 INV# 2004-1325 JA
   D208BD1 DBSD 010405 CL    301086      2300       US      3500.00          INV# 2004
   D208BD2 DBSD 010405 CL    301086      2300       US      1500.00          INV# 2004
   P20BC6D PBSP 012705 XX                1407       US      1500.00 INV# 2005-1336 FE
   P20BC6E PBSP 012705 XX                1407       US      3500.00 INV# 2005-1336 FE
   D20BFE8 DBSD 012705 CL    301783      2300       US      1500.00          INV# 2005
   D20BFE9 DBSD 012705 CL    301783      2300       US      3500.00          INV# 2005
   P20E950 PBSP 021405 XX                1407       US      5000.00 INV# 2005-1342 MA
   D20F66E DBSD 021505 CL    302881      2300       US      5000.00          INV# 2005
   P218347 PBSP 032205 XX                1407       US      5000.00 INV# 2005-1350 3/
   D218C7C DBSD 032205 CL    304686      2300       US      5000.00          INV# 2005
   P21FBDA PBSP 041405 XX                1407       US      5000.00 INV# 2005-1357 4/
   D21FCD1 DBSD 041405 CL    305628      2300       US      5000.00          INV# 2005
   P226D3C PBSP 051105 XX                1407       US      5000.00 INV# 2005-1363 JU
   D227279 DBSD 051205 CL    307580      2300       US      5000.00          INV# 2005
   P2300CA PBSP 061305 XX                1407       US      5000.00 INV# 2005-1376 JU
   D230A9C DBSD 061405 CL    309449      2300       US      5000.00          INV# 2005
   P239CDC PBSP 071305 XX                1407       US      5000.00 INV# 2005-1382 AU
   D23A422 DBSD 071405 CL    311363      2300       US      5000.00          INV# 2005
   P243A1D PBSP 081205 XX                1407       US      5000.00 INV# 2005-1393 8/
   D2451E9 DBSD 081805 CL    313793      2300       US      5000.00          INV# 2005
   P249E81 PBSP 091405 XX                1407       US      5000.00 INV# 2005-1403 OC
   D24ACBD DBSD 091505 CL    314945      2300       US      5000.00          INV# 2005
   P24E4DC PBSP 101105 XX                1407       US      5000.00 INV# 2005-1413 NO
   D24E522 DBSD 101105 CL    315570      2300       US      5000.00          INV# 2005
   P252984 PBSP 111505 XX                1407       US      5000.00 INV# 2005-1422 DE
   D2529DF DBSD 111505 CL    316739      2300       US      5000.00          INV# 2005
   P255A98 PBSP 121905 XX                1407       US      5000.00 INV# 2005-1437
   D255D7F DBSD 122005 CL    317548      2300       US      5000.00          INV# 2005
   P257E41 PBSP 011606 XX                1407       US      5000.00 INV# 2005-1445 FE
   D25821F DBSD 011706 CL    318065      2300       US      5000.00          INV# 2005
   P25B5C8 PBSP 021406 XX                1407       US       500.00 MARCH 2006-1452 T
   D25B627 DBSD 021406 CL    318430      2300       US       500.00          INV# 2006
   P25CD05 PBSP 022206 XX                1407       US      5000.00 INV# 2006-1452 3/
   D25D01D DBSD 022306 CL    318833      2300       US      5000.00          INV# 2006
   P25FFD8 PBSP 031306 XX                1407       US      5500.00 INV# 2006-1460 AP
   D26055A DBSD 031406 CL    319487      2300       US      5500.00          INV# 2006
   P266C3D PBSP 041806 XX                1407       US      5500.00 INV# 2006-1470 MA
   D266E19 DBSD 041806 CL    320970      2300       US      5500.00          INV# 2006
   P26B9E7 PBSP 051106 XX                1407       US      5500.00 INV# 2006-1478 JU
   D26BADD DBSD 051106 CL    322160      2300       US      5500.00          INV# 2006
                                          Page  3
```

```
                                         vex_Traci.txt
P271925 PBSP 061206 XX              1407       US         5500.00 INV# 2006-1491 (J
D271950 DBSD 061206 CL    323498    2300       US         5500.00         INV# 2006
P277245 PBSP 071006 XX              1407       US         5500.00 INV# 2006-1493 AU
D2774CD DBSD 071106 CL    325212    2300       US         5500.00         INV# 2006
P27D703 PBSP 081606 XX              1407       US         5500.00 INV# 2006-1511 SE
D27D8B9 DBSD 081706 CL    327023    2300       US         5500.00         INV# 2006
A27EC53 ADJ  083106       A95011    1375       US         4000.00 JE#161 TRACI AUGU
A27EC54 ADJ  083106       A95011    7020       US         1500.00 JE#161 TRACI AUGU
A27EC55 ADJ  083106       A95011    1407       US        -5500.00 JE#161 TRACI AUGU
P27ECB7 PBSP 091106 XX              1407       US         5500.00 INV# 2006-1522 OC
D27F3B0 DBSD 091206 CL    327375    2300       US         5500.00         INV# 2006
P28123A PBSP 101006 XX              1407       US         5500.00 INV# 2006-1532 (N
D2812AC DBSD 101006 CL    328034    2300       US         5500.00         INV# 2006
P2842B2 PBSP 111606 XX              1407       US         5500.00 INV# 2006-1541 (D
D28452F DBSD 111606 CL    329060    2300       US         5500.00         INV# 2006
P286D39 PBSP 121406 XX              1407       US         5500.00 INV# 2006-1554 (J
D286D89 DBSD 121406 CL    329591    2300       US         5500.00         INV# 2006
P28964B PBSP 011107 XX              1407       US         5500.00 INV# 2007-1564 (F
D289659 DBSD 011107 CL    330209    2300       US         5500.00         INV# 2007
P294DEE PBSP 021307 XX              1407       US         5500.00 INV# 2007-1572 (3
D294E38 DBSD 021307 CL    330900    2300       US         5500.00         INV# 2007
P299084 PBSP 031407 XX              1407       US         5500.00 INV# 2007-1582 (A
D2996C5 DBSD 031507 CL    331910    2300       US         5500.00         INV# 2007
P29D1C5 PBSP 041207 XX              1407       US         5500.00 INV# 2006-1593 (M
D29D1E7 DBSD 041207 CL    332520    2300       US         5500.00         INV# 2006
P2A2C38 PBSP 051507 XX              1407       US         5500.00 INV# 2007-1600 (J
D2A2C7C DBSD 051507 CL    333617    2300       US         5500.00         INV# 2007
P2A6584 PBSP 061407 XX              1407       US         5500.00 INV# 2007-1608 (J
D2A65A7 DBSD 061407 CL    334407    2300       US         5500.00         INV# 2007
P2A9ADC PBSP 071007 XX              1407       US         5500.00 INV# 2007-1614 (A
D2A9AEC DBSD 071007 CL    335082    2300       US         5500.00         INV# 2007
P2AD6BA PBSP 080907 XX              1407       US         5500.00 INV# 2007-1621 (S
D2AD6E5 DBSD 080907 CL    336084    2300       US         5500.00         INV# 2007
P2B03B8 PBSP 091707 XX              1407       US         5500.00 INV# 2007-1627 (O
D2B0A33 DBSD 092107 CL    336891    2300       US         5500.00         INV# 2007
P2B216E PBSP 101107 XX              1407       US         5500.00 INV# 2007-1637 (N
D2B2182 DBSD 101107 CL    337461    2300       US         5500.00         INV# 2007
P2B53F0 PBSP 111507 XX              1407       US         5500.00 INV# 2007-1643 (D
D2B5411 DBSD 111507 CL    338293    2300       US         5500.00         INV# 2007
P2B757A PBSP 121107 XX              1407       US         5500.00 INV# 2007-1654 (J
D2B7592 DBSD 121107 CL    338709    2300       US         5500.00         INV# 2007
P2B9874 PBSP 011508 XX              1407       US         5500.00 INV# 2008-1663 (F
D2B9996 DBSD 011508 CL    340380    2300       US         5500.00         INV# 2008
P2BC48B PBSP 021108 XX              1407       US         5500.00 INV# 2008-1670 (M
D2BC632 DBSD 021208 CL    340909    2300       US         5500.00         INV# 2008
P2C0EE2 PBSP 031808 XX              1407       US         5500.00 INV# 2008-1676 (A
D2C0F16 DBSD 031808 CL    341960    2300       US         5500.00         INV# 2008
P2C3FD6 PBSP 041508 XX              1407       US         5500.00 INV# 2008-1685 (M
D2C429C DBSD 041508 CL    342589    2300       US         5500.00         INV# 2008
P2C7D86 PBSP 051308 XX              1407       US         5500.00 INV# 2008-1691 (J
D2C7DBE DBSD 051308 CL    343356    2300       US         5500.00         INV# 2008
P2CBBFF PBSP 061008 XX              1407       US         5500.00 INV# 2008-1701 (J
D2CBC27 DBSD 061008          344264 2300       US         5500.00         INV# 2008


SUMMARY TOTALS BY GENERAL LEDGER
ACCT #       JOURNAL     TYPE       LOCAL AMOUNT  ACCT NAME
---------------------------------------------------------------------------
1375         PISN        P             22000.00   COMPUTERS
2000         DISN        D             22000.00   A/P-SUNTRUST-OPERATING
1375         PBOP        P             17600.00   COMPUTERS
2400         DBOD        D             17600.00   A/P-BANK OF AMERICA-OPERATING
1375         PBSP        P             41750.00   COMPUTERS
```

```
                                        vex_Traci.txt
2300       DBSD       D       276817.50  A/P FID VACATION ACQUISITIONS
7025       PBSP       P         9067.50  COMPUTER EXPENSES
1407       PFNP       P         6665.00  PREPAID OPERATING EXPENSES
7025       PFNP       P         1435.00  COMPUTER EXPENSES
1375       PFNP       P        25745.00  COMPUTERS
2500       DFND       D        39422.50  A/P FIDELITY NATIONAL
7020       PFNP       P         4780.00  COMPUTER CONSULTING
6059       PFNP       P          797.50  INDEPENDENT CONTRACTORS
7020       PBSP       P         1500.00  COMPUTER CONSULTING
1407       PBSP       P       224500.00  PREPAID OPERATING EXPENSES
1375       ADJ        A         4000.00  COMPUTERS
7020       ADJ        A         1500.00  COMPUTER CONSULTING
1407       ADJ        A        -5500.00  PREPAID OPERATING EXPENSES
```