UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TECH 7 SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>VACATION ACQUISITION, LLC, d/b/a<br>VACATION EXPRESS,<br><br>    Defendant. | Civil Action No. 08-0436 (JDB) |

### ORDER

Upon consideration of [23] the motion of defendant Vacation Acquisition, LLC, d/b/a Vacation Express ("Vacation Express") for modification of the temporary restraining order, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that this Court's March 21, 2008 Order is modified to read as follows:

> **ORDERED** that Vacation Express shall make no further modifications to the software system in dispute pending further order of the Court.  Vacation Express may make repairs that are required to maintain the full operation of the system, and Vacation Express shall keep a detailed log of all such repairs.  This Order shall not prejudice the position of any party on the merits of this case; hence, the Court takes no position with respect to any specific repair or the manner in which it was made, or with respect to any legal remedies Tech 7 may pursue in this action.

Based upon the parties' filings, the Court is compelled to remind counsel that they are expected to conduct themselves civilly and professionally in a manner consistent with all applicable ethical requirements.

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated: July 16, 2008