UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| TECH 7 SYSTEMS, INC., | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | )   Case No.: 1:08-cv-00436-JDB |
| | ) |
| VACATION ACQUISITION, LLC, | ) |
|   d/b/a Vacation Express | ) |
| | ) |
|       Defendant. | ) |

**NOTICE OF DEPOSITION**

**PLEASE TAKE NOTICE** that on the date and at the time indicated below, the undersigned counsel for the Plaintiff will take the deposition of the individual named below for the purpose of discovery or use as evidence at the trial of the above captioned matter, before a Court reporter who is duly authorized to administer oaths, and shall continue day-to-day until completed.

Said deposition will take place at **601 Pennsylvania Avenue, NW, North Building, 9th Floor, Washington, DC 20004.**

| PERSON(S) TO BE DEPOSED | DATE | TIME |
|---|---|---|
| **Rene Jongmans**<br>**President**<br>**Vacation Acquisition, LLC** | **August 15, 2008** | **10:00 a.m.** |

July 25, 2008                                    Respectfully submitted,

                                                 SCHERTLER & ONORATO, LLP

                                                 _____/S/_____
                                                 David H. Dickieson, D.C. Bar #321778
                                                 601 Pennsylvania Avenue, NW
                                                 North Building, 9th Floor
                                                 Washington, DC 20004
                                                 Telephone: (202) 628-4199
                                                 Facsimile: (202) 628-4177
                                                 ddickieson@schertlerlaw.com

                                                 *Counsel for Tech 7 Systems, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Deposition was, this 25th day of July, 2008, served via electronic means upon the following counsel:

Jeffrey I. Zuckerman
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
1200 New Hampshire Avenue, NW, Suite 430
Washington, DC  20036
Telephone: (202) 452-7373
Facsimile:  (202) 452-7333
jzuckerman@curtis.com
jzuckesq@mail.com

Gary L. Cutler
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Telephone:  (212) 696-6069
Facsimile:  (212) 697-1559
gcutler@curtis.com

Priya Swaminathan, Esq.
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Telephone:  (212) 696-8873
Facsimile:  (917) 368-8873
pswaminathan@curtis.com

                                              /s/
                                          David H. Dickieson