UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TECH 7 SYSTEMS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No.: 1:08-cv-00436-JDB |
| | ) | |
| **VACATION ACQUISITION, LLC,** | ) | |
| **d/b/a Vacation Express** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF DEPOSITION**

**PLEASE TAKE NOTICE** that on the date and at the time indicated below, the undersigned counsel for the Plaintiff will take the deposition of the individual named below for the purpose of discovery or use as evidence at the trial of the above captioned matter, before a Court reporter who is duly authorized to administer oaths, and shall continue day-to-day until completed.

Said deposition will take place at **601 Pennsylvania Avenue, NW, North Building, 9th Floor, Washington, DC 20004.**

| PERSON(S) TO BE DEPOSED | DATE | TIME |
|---|---|---|
| **Gantt Cookson** <br> **Vice President of Operations** <br> **Vacation Acquisition, LLC** | **August 19, 2008** | **10:00 a.m.** |

July 25, 2008                                        Respectfully submitted,

SCHERTLER & ONORATO, LLP

_____/S/_____
David H. Dickieson, D.C. Bar #321778
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177
ddickieson@schertlerlaw.com

*Counsel for Tech 7 Systems, Inc.*

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing Notice of Deposition was, this 25th day of July, 2008, served via electronic means upon the following counsel:

Jeffrey I. Zuckerman
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
1200 New Hampshire Avenue, NW, Suite 430
Washington, DC 20036
Telephone: (202) 452-7373
Facsimile: (202) 452-7333
jzuckerman@curtis.com
jzuckesq@mail.com

Gary L. Cutler
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 696-6069
Facsimile: (212) 697-1559
gcutler@curtis.com

Priya Swaminathan, Esq.
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 696-8873
Facsimile: (917) 368-8873
pswaminathan@curtis.com

                                                        /s/
                                                 David H. Dickieson