**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| TECH 7 SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 1:08-cv-00436-JDB |
| ) | |
| VACATION ACQUISITION, LLC, ) | |
| d/b/a Vacation Express ) | |
| ) | |
| Defendant. ) | |

### MOTION TO SET A BRIEFING SCHEDULE TO RESPOND TO MOTION FOR SUMMARY JUDGMENT AND FOR STAY

Pursuant to Rule LCvR 7(b), the Plaintiff requests an order setting the briefing schedule applicable to the Defendant's Motion for Summary Judgment and for Stay. On May 16, 2008, following a status conference with all parties participating, this Court entered a scheduling order setting deadlines for the briefing of dispositive motions. The deadline for filing dispositive motions was November 14, 2008. The deadline for responding to such motions was December 5, 2008, allowing at least three weeks to respond to any such motion. On July 28, 2008, the Defendant, Vacation Acquisition, LLC, filed a motion for summary judgment with a request for a stay of discovery. Pursuant to the scheduling order, Tech 7 has until December 5, 2008 to respond to the motion. However, Tech 7 Systems, Inc., by its undersigned counsel, recognizes the logic of resolving some of the issues in this case before expert discovery gets underway and therefore it does not intend to await the December 5, 2008 deadline provided under the scheduling order.

Tech 7 seeks to have at least the three-week time period offered by the initial scheduling order to respond to dispositive motions. Moreover, because the undersigned counsel has been on

vacation for five days during that proposed three-week time period, Tech 7 respectfully requests that an additional five days be provided for a response to the Defendant's motion. Therefore, Tech 7 hereby requests that the deadline for a response to the Defendant's motion be set for August 23, 2008 – three weeks and five days following the service of the motion on July 28, 2008. The Defendant also maintains that a reply brief from the Defendant should be set for a time consistent with the initial Scheduling Order, which provided two weeks for a reply brief following the filing of an opposition brief.

On August 10, 2008, counsel for Tech 7 sought consent for this motion from counsel for Vacation Acquisition, LLC. As of the time of filing, no consent was received.

**WHEREFORE,** Tech 7 Systems, Inc. respectfully requests that this motion to set a briefing schedule for an opposition and reply relating to the Defendant's dispositive motion be granted and that the deadline for an opposition brief be set for August 23, 2008, with a Reply brief due on September 6, 2008

August 11, 2008                                                         Respectfully submitted,

                                                                        SCHERTLER & ONORATO, LLP

                                                                        _____/S/_____
                                                                        David H. Dickieson, D.C. Bar #321778
                                                                        601 Pennsylvania Avenue, NW
                                                                        North Building, 9th Floor
                                                                        Washington, DC 20004
                                                                        Telephone: (202) 628-4199
                                                                        Facsimile: (202) 628-4177
                                                                        ddickieson@schertlerlaw.com

                                                                        *Counsel for Tech 7 Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion to Set a Briefing Scheduling to Respond to Motion for Summary Judgment and For Stay was, this 11th day of August, 2008, served via electronic means upon the following counsel:

Jeffrey I. Zuckerman
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
1200 New Hampshire Avenue, NW, Suite 430
Washington, DC  20036
Telephone: (202) 452-7373
Facsimile:  (202) 452-7333
jzuckerman@curtis.com
jzuckesq@mail.com

Gary L. Cutler
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Telephone:  (212) 696-6069
Facsimile:  (212) 697-1559
gcutler@curtis.com

Priya Swaminathan, Esq.
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Telephone:  (212) 696-8873
Facsimile:  (917) 368-8873
pswaminathan@curtis.com

/s/
David H. Dickieson

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **TECH 7 SYSTEMS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No.: 1:08-cv-00436-JDB |
| ) | |
| **VACATION ACQUISITION, LLC,** ) | |
| d/b/a Vacation Express ) | |
| ) | |
| **Defendant.** ) | |

## BRIEFING SCHEDULE

UPON CONSIDERATION of Plaintiff's Motion to Set a Briefing Schedule to Respond to Motion for Summary Judgment and for Stay, and finding good reason to grant such Motion, it is hereby

ORDERED that Plaintiff's opposition to Defendant's Motion for Summary Judgment is due by August 23, 2008; and

ORDERED that Defendant's Reply Brief, if any, will be due on September 6, 2008.


_____, 2008                                       _____
                                                                                     Judge John D. Bates



Copies to:

David H. Dickieson
Schertler & Onorato, LLP
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004
  *Counsel for Tech 7 Systems, Inc.*

Gary L. Cutler
Priya Swaminathan
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
  *Counsel for Vacation Acquisition, LLC*