UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| TECH 7 SYSTEMS, INC.,<br>840 Courtland Avenue<br>Park Ridge, IL 60068<br><br>Plaintiff,<br><br>vs.<br><br>VACATION ACQUISITION, LLC, d/b/a<br>VACATION EXPRESS<br>301 Perimeter Center North, Suite 500<br>Atlanta, GA 30346<br>**Resident Agent:**<br>Corporate Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case No. 08-0436-JDB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO MODIFY THE BRIEFING SCHEDULE TO REPLY TO MOTION FOR SUMMARY JUDGMENT

Defendant, Vacation Acquisition, LLC, d/b/a Vacation Express hereby moves to modify the briefing schedule to Reply to Motion for Summary Judgment. Under the proposed modified briefing schedule Plaintiff, Tech 7 Systems, Inc.'s Opposition to the Motion for Summary Judgment shall be filed no later than August 25, 2008 and Defendant's Reply to the Motion for Summary Judgment shall be filed no later than September 11, 2008.

The proposed modification is being requested to accommodate counsel for Defendants' vacation schedule. Counsel for Defendant discussed this proposal with counsel for Plaintiff and was informed that Plaintiff does not oppose the modified briefing schedule proposed by Defendant.

4899494v1

-2-

Dated: August 21, 2008

Respectfully submitted,

**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**

_____/s/_____
Gary L. Cutler
Priya Swaminathan
Admitted pro hac vice
Curtis, Mallet-Prevost, Colt
 & Mosle LLP
101 Park Avenue
New York, NY  10178
Tel:  (212) 696-6000
Fax:  (212) 697-1559
Email: gcutler@curtis.com
pswaminathan@curtis.com

Jeffrey I. Zuckerman
D.C. Bar #369120
1200 New Hampshire Avenue, N.W.
Suite 430
Washington, D.C. 20036
Tel:  (202) 452-7373
Fax:  (202) 452-7333

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion to Amend the Briefing Schedule to Reply to Motion for Summary Judgment, has been provided by email and the CM/ECF system to David H. Dickieson, Esq., ddickieson@schertlerlaw.com on August 21, 2008.

Dated: August 21, 2008

                                               _____
                                               Priya Swaminathan
                                               Curtis, Mallet-Prevost, Colt
                                                  & Mosle LLP
                                               101 Park Avenue
                                               New York, NY 10178
                                               Tel: (212) 696-6000
                                               Fax: (212) 697-1559
                                               Email:pswaminathan@curtis.com

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| TECH 7 SYSTEMS, INC.,<br>840 Courtland Avenue<br>Park Ridge, IL 60068<br><br>                    Plaintiff,<br><br>vs.<br><br>VACATION ACQUISITION, LLC, d/b/a<br>VACATION EXPRESS<br>301 Perimeter Center North, Suite 500<br>Atlanta, GA 30346<br>**Resident Agent:**<br>Corporate Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808<br><br>                    Defendant. | Civil Case No.  08-0436-JDB |

## AMENDED BRIEFING SCHEDULE

UPON CONSIDERATION of Defendant's Motion to Amend the Briefing Schedule to Reply to Motion for Summary Judgment, and finding good reason to grant such Motion it is hereby

ORDERED that Plaintiff's Opposition to Defendant's Motion for Summary Judgment is due by August 25, 2008; and

ORDERED that Defendant's Reply to Motion for Summary Judgment will be due on September 11, 2008.

_____, 2008

_____
Judge John D. Bates

4899514v1